Robert J. DOUGH, f/k/a Robert J. Dougherty, Appellant,

v.

Susan Marie MISSEY, f/k/a Susan Marie Dougherty, Respondent.

No. 67272.

Missouri Court of Appeals, Eastern District, Division Three.

Oct. 17, 1995.

David W. Suddarth, Mueller & Suddarth, Troy, for appellant.

William W. Cheeseman, Troy, for respondent.

Before SMITH, P.J., and GARY M. GAERTNER and RHODES, JJ.

### MEMORANDUM DECISION

PER CURIAM.

Father appeals from the trial court order increasing father's child support obligation and denying father's cross-motion for transfer of custody. The judgment is reviewable under Rule 73.01, is supported by substantial evidence, and is not against the weight of the evidence. No error of law appears and an opinion would have no precedential value.

Judgment affirmed. Rule 84.16(b).